868

No. 340, Misc.  BRADFORD v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Cox* for respondent.

No. 352, Misc.  SCHULTZ v. MULLINS, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 355, Misc.  BRUCE v. PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 361, Misc.  WOLENSKI v. SWENEY, JUDGE.  C. A. 3d Cir.  Certiorari denied.

No. 364, Misc.  STRICKLAND v. MYERS, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 365, Misc.  LLUVERAS v. NEW YORK.  Sup. Ct. N. Y., N. Y. County.  Certiorari denied.

No. 371, Misc.  FLETCHER v. BETO, CORRECTIONS DIRECTOR.  Ct. Crim. App. Tex.  Certiorari denied.  *William E. Gray* for petitioner.

No. 374, Misc.  HANOVICH v. MAXWELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.  *Irving Harris* for petitioner.

No. 376, Misc.  HOLLAND v. GLADDEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 377, Misc.  FARRANT v. BENNETT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 379, Misc.  TALBERT v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.